UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM FEISER and JILL
CRABTREE,

       Plaintiffs,

v.

JOHN HANCODK LIFE INSURANCE
COMPANY, a Massachusetts
Corporation,

       Defendants.

Case No. 2:15-cv-14364

Hon. Laurie J. Michelson

Mag. Judge Michael J. Hluchanuik

**ORDER EXTENDING TIME FOR DEFENDANT**
**TO RESPOND TO COMPLAINT**

The matter before the Court is defendant's Motion For Extension Of Time For Responding To Complaint, and the Court is sufficiently advised in the circumstances.

IT IS HEREBY ORDERED that the time for defendant to respond to the Complaint is extended to February 11, 2016.

                              s/Laurie J. Michelson
                              LAURIE J. MICHELSON
                              UNITED STATES DISTRICT JUDGE

Dated:  January 11, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 11, 2016.

                                              s/Jane Johnson
                                              Case Manager to
                                              Honorable Laurie J. Michelson